**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darron OWENS, a/k/a Dee,**
**Defendant–Appellant.**

**No. 12–7571.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2012.

Decided: Dec. 19, 2012.

Darron Owens, Appellant Pro Se. Stacey Denise Haynes, Mark C. Moore, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darron Owens appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Owens,* No. 5:01–cr–00084–CMC–3 (D.S.C. July 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*